1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

**THERESA BROOKE**,

Plaintiff,

8

v.

9

**HMC BURLINGAME HOTEL LP**,

10

Defendant.

11

Case No. 19-cv-07561-YGR

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE FRCP 4(M)**

12

**TO PLAINTIFF THERESA BROOKE AND THEIR COUNSEL OF RECORD**:

13

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than **February 28,**

14

**2020**, why your claims should not be dismissed for failure to serve the complaint in the above-

15

referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure

16

4(m). The Court notes that, on December 17, 2019, the Clerk issued a notice that it had declined

17

entry of default as to defendant HMC Burlingame Hotel LP for failure to serve the registered agent

18

for service of process at the address listed for such service. (Dkt. No. 8.) Plaintiff has not filed any

19

additional documents since that time.

20

Failure to file a timely written response shall be deemed an admission that good cause

21

exists to dismiss the case without prejudice and the Court will dismiss this action without further

notice.

22

**IT IS SO ORDERED.**

23

Dated: February 24, 2020

24
25

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**

26
27
28